| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF SOUTH CAROLINA |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  ECI Holdings, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)    81-2242776

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **108 1/2 Court House Square** <br> **Edgefield, SC 29824** <br> Number, Street, City, State & ZIP Code | **P.O. BOX 388** <br> **Edgefield, SC 29824** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Edgefield** <br> County | Location of principal assets, if different from principal place of business <br> _____ <br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**
- ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

Debtor  **ECI Holdings, LLC**  Case number (*if known*) _____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor  **See Attachment**  Relationship _____
District _____  When _____  Case number, if known _____

Debtor **ECI Holdings, LLC** _____  Case number (*if known*) _____
Name

**11. Why is the case filed in *this district?*** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds** . *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **ECI Holdings, LLC**                                                    Case number (*if known*)
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May  2, 2016**
               MM / DD / YYYY

X  **/s/ Bettis C. Rainsford**                              **Bettis C. Rainsford**
Signature of authorized representative of debtor            Printed name

Title  **Managing Member**

**18. Signature of attorney**

X  **/s/ Reid B. Smith**                                    Date  **May  2, 2016**
Signature of attorney for debtor                            MM / DD / YYYY

**Reid B. Smith**
Printed name

**Bird & Smith, P.A.**
Firm name

**1712 St. Julian Place, Suite 102**
**Columbia, SC 29204**
Number, Street, City, State & ZIP Code

Contact phone  **803-779-2255**     Email address  **rsmith@birdsmithlaw.com**

**4200**
Bar number and State

Debtor **ECI Holdings, LLC**
Name

Case number *(if known)*

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF SOUTH CAROLINA

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Gups Hill Plantation, LLC** | | Relationship to you | | **Bettis C. Rainsford 100% member** |
| District | **South Carolina** | When | **8/18/15** | Case number, if known | **15-4492-dd** |
| Debtor | **RDC Properties, LLC** | | Relationship to you | | **Bettis C Rainsford 83% member** |
| District | **Georgia Southern District** | When | **9/30/13** | Case number, if known | **13-11824** |

Fill in this information to identify the case:

Debtor name: **ECI Holdings, LLC**

United States Bankruptcy Court for the: **DISTRICT OF SOUTH CAROLINA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Agsouth Farm Credit ACA** c/o Justin Matthew Hoyle, Esquire P.O. BOX 10589 Greenville, SC 29603 | | | | | | $1,025,416.18 |
| **Apex Bank as Assignee of Suntrust Bank** c/o George B Cauthen, Esquire PO Box 11070 Columbia, SC 29211-1070 | | | | | | $1,130,260.34 |
| **Apex Bank as Assignee of Scarlet Portfolio, LLC** c/o George B Cauthen, Esquire PO Box 11070 Columbia, SC 29211-1070 | | | | | | $856,716.00 |
| **Branch Banking and Trust Company** c/o Steven Barry Licata P.O. BOX 23407 Columbia, SC 29224 | | | | | | $1,098,441.25 |
| **Kathryn S. Rainsford** 5998 Edgefield Rd Trenton, SC 29847 | | | | | | $3,700,000.00 |
| **Southern First Bank** c/o John T. Moore, Esquire P.O. BOX 11070 Columbia, SC 29211 | | | | | | $35,946.52 |

Debtor **ECI Holdings, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **TD Bank, NA**<br>**C/O John T. Moore, Esquire**<br>**P.O. BOX 11070**<br>**Columbia, SC 29211** | | | | | | **$195,027.91** |
| **Wells Fargo Bank NA**<br>**c/o T. Paul Timmerman, Esquire**<br>**111 Park Ave, SW**<br>**Aiken, SC 29801** | | | | | | **$0.00** |

LOCAL OFFICIAL FORM 1007-1(b) TO SC LBR 1007-1

# United States Bankruptcy Court
### District of South Carolina

In re  **ECI Holdings, LLC**                                            Case No.
                               Debtor(s)                                Chapter   **11**

## CERTIFICATION VERIFYING CREDITOR MATRIX

The above named debtor, or attorney for the debtor if applicable, hereby certifies pursuant to South Carolina Local Bankruptcy Rule 1007-1 that the master mailing list of creditors submitted either on computer diskette, electronically filed via CM/ECF, or conventionally filed in a typed hard copy scannable format which has been compared to, and contains identical information to, the debtor's schedules, statements and lists which are being filed at this time or as they currently exist in draft form.

Master mailing list of creditors submitted via:

(a) _____ computer diskette

(b) _____ scannable hard copy
(number of sheets submitted _____)

(c) **X** electronic version filed via CM/ECF

Date: **May  2, 2016**              **/s/ Bettis C. Rainsford**
                                    **Bettis C. Rainsford**/**Managing Member**
                                    Signer/Title

Date: **May  2, 2016**              **/s/ Reid B. Smith**
                                    Signature of Attorney
                                    **Reid B. Smith**
                                    **Bird & Smith, P.A.**
                                    **1712 St. Julian Place, Suite 102**
                                    **Columbia, SC 29204**
                                    **803-779-2255   Fax: 803-799-3131**
                                    Typed/Printed Name/Address/Telephone

                                    **4200**
                                    District Court I.D. Number

```
AGSOUTH FARM CREDIT ACA
C/O JUSTIN MATTHEW HOYLE, ESQUIRE
P.O. BOX 10589
GREENVILLE SC 29603


APEX BANK
AS ASSIGNEE OF SCARLET PORTFOLIO, LLC
C/O GEORGE B CAUTHEN, ESQUIRE
PO BOX 11070
COLUMBIA SC 29211-1070


APEX BANK
AS ASSIGNEE OF SUNTRUST BANK
C/O GEORGE B CAUTHEN, ESQUIRE
PO BOX 11070
COLUMBIA SC 29211-1070


BETTIS C RAINSFORD
108 1/2 COURT HOUSE SQUARE
EDGEFIELD SC 29824


BRANCH BANKING AND TRUST COMPANY
C/O STEVEN BARRY LICATA
P.O. BOX 23407
COLUMBIA SC 29224


EDGEFIELD COUNTY TREASURER
PO BOX 22
EDGEFIELD SC 29824


FIRST CITIZENS BANK AND TRUST COMPANY
C/O LOUIS H. LANG, ESQUIRE
P.O. BOX 1390
COLUMBIA SC 29202


GRAYBILL LANSCHE & VINZANI, LLC
JAKE S. BARKER, ESQUIRE
225 SEVEN FARMS DRIVE, SUITE 107
CHARLESTON SC 29492


INTERNAL REVENUE SERVICE
INSOLVENCY GROUP 4
1835 ASSEMBLY ST.
MDP39
COLUMBIA SC 29201
```

```
INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA PA 19101-7346


KATHRYN S. RAINSFORD
5998 EDGEFIELD RD
TRENTON SC 29847


REGIONS BANK
BANKRUPTCY DEPARTMENT
4TH FLOOR, 2050 PARKWAY OFFICE CIRCLE
BIRMINGHAM AL 35244


REGIONS BANK
ATT: COLLEEN ALLISON
3404 CLEMSON BLVD
ANDERSON SC 29621


SOUTHERN FIRST BANK
C/O JOHN T. MOORE, ESQUIRE
P.O. BOX 11070
COLUMBIA SC 29211


TD BANK, NA
C/O JOHN T. MOORE, ESQUIRE
P.O. BOX 11070
COLUMBIA SC 29211


WELLS FARGO BANK NA
C/O T. PAUL TIMMERMAN, ESQUIRE
111 PARK AVE, SW
AIKEN SC 29801


WILLIAM K. DURHAM
629 ADDISON ST.
EDGEFIELD SC 29824
```

# United States Bankruptcy Court
## District of South Carolina

In re  **ECI Holdings, LLC**

Debtor(s)

Case No.

Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **ECI Holdings, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **May 2, 2016** | **/s/ Reid B. Smith** |
| Date | **Reid B. Smith** |
| | Signature of Attorney or Litigant |
| | Counsel for  **ECI Holdings, LLC** |
| | **Bird & Smith, P.A.** |
| | **1712 St. Julian Place, Suite 102** |
| | **Columbia, SC 29204** |
| | **803-779-2255 Fax:803-799-3131** |
| | **rsmith@birdsmithlaw.com** |