**UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: ) | CASE NO: 16-02214-dd |
| ) | |
| ECI Holdings, LLC ) | |
| ) | CHAPTER: 11 |
| Debtor. ) | |
| ) | |

**STATEMENT OF CHANGE**

In accordance with SCLBR 1009-1, the Debtor hereby provides this Statement of Change to summarize the amendment to Schedules D, E, and H, and to Statement of Financial Affairs, attached.

1) Amend Schedule D to change debt owed to Apex Bank, as Assignee of Suntrust Bank, to disputed.

2) Amend Schedule D to set out Internal Revenue Service and South Carolina Department of Revenue liens.

3) Amend Schedule E to add set out debt owed to Edgefield County Treasurer.

4) Amend Schedule H to add defendants who are co-makers to prepetition litigation:

   a) Apex Bank, as Assignee of Suntrust Bank - Bettis C. Rainsford, Talmadge Knight, and Mount Vintage Development Company, LLC;
   b) Apex Bank, as Assignee of Scarlet Portfolio, LLC – Bettis C. Rainsford, Joseph Stertz, and Edgefield, Inn, LLC;
   c) Branch Banking and Trust Company – Bettis C. Rainsford and Talmadge Knight
   d) First Citizens Bank and Trust Company – Bettis C. Rainsford and William Kenneth Durham;
   e) TD Bank – Bettis C. Rainsford, William Kenneth Durham, and Joel E. Jolly;
   f) Wells Fargo – Rainsford Holdings, LLC
   g) Southern First – Bettis C. Rainsford
   h) Kathryn Rainsford – Bettis C. Rainsford
   i) Internal Revenue Service – Bettis C. Rainsford
   j) South Carolina Department of Revenue – Bettis C. Rainsford

5) Amend question 26c to set out who was in possession of Debtor's books and records at time case was filed.

The undersigned Debtor does hereby swear that this Amendment is true and accurate to the best of her knowledge, information and belief.

Respectfully submitted this 29th day of June, 2016.

/s/ Reid B. Smith
Reid B. Smith (Dist. Ct. ID 4200)
Attorney for Debtor
1712 St. Julian Place, Suite 102
Columbia, SC 29204
(803)779-2255

ECI Holdings, LLC

BY:/s/ Bettis C. Rainsford
Bettis C. Rainsford, Managing Member

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **ECI Holdings, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number (if known) | **16-02214** |

☐ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property      12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| 2.1 | **Apex Bank**<br>Creditor's Name<br>**as Assignee of Suntrust Bank**<br>**c/o George B Cauthen, Esquire**<br>**PO Box 11070**<br>**Columbia, SC 29211-1070**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**Heath Building tract, Byrd House tract, Forest Service tract, and Holson Warehouse tract**<br><br>**Describe the lien**<br>**Judgment Lien**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | $1,186,216.08 | $1,051,500.00 |
| 2.2 | **Apex Bank**<br>Creditor's Name<br>**as Assignee of Scarlet Portfolio, LLC**<br>**c/o George B Cauthen, Esquire**<br>**PO Box 11070**<br>**Columbia, SC 29211-1070**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred | **Describe debtor's property that is subject to a lien**<br>**Heath Building tract, Byrd House tract, Forest Service tract, and Holson Warehouse tract**<br><br>**Describe the lien**<br>**Judgment Lien**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No | | $856,716.00 | $1,051,500.00 |

| Debtor | ECI Holdings, LLC | Case number (if know) | 16-02214 |
|---|---|---|---|
| | Name | | |

**Last 4 digits of account number**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3**  **Branch Banking and Trust Company**
Creditor's Name

**c/o Steven Barry Licata**
**P.O. BOX 23407**
**Columbia, SC 29224**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Heath Building tract, Byrd House tract, Forest Service tract, and Holson Warehouse tract**

**Describe the lien**
**Judgment Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$908,000.00    $1,051,500.00

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4**  **First Citizens Bank and Trust Company**
Creditor's Name

**c/o Louis H. Lang, Esquire**
**P.O. BOX 1390**
**Columbia, SC 29202**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Forest Service tract and Holson Warehouse tract**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$586,085.51    $914,000.00

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.5**  **Internal Revenue Service**    **Describe debtor's property that is subject to a lien**    $35,777.71    **Unknown**

| Debtor | **ECI Holdings, LLC** | Case number (if know) | **16-02214** |
|---|---|---|---|
| | Name | | |

Creditor's Name
**Insolvency Group 4
1835 Assembly St.
MDP39
Columbia, SC 29201**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**January 22, 2014**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe the lien**
**Statutory Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Internal Revenue Service** | Describe debtor's property that is subject to a lien | $47,725.03 | Unknown |
|---|---|---|---|---|

Creditor's Name
**Insolvency Group 4
1835 Assembly St.
MDP39
Columbia, SC 29201**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**March 18, 2015**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe the lien**
**Statutory Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Kathryn S. Rainsford** | Describe debtor's property that is subject to a lien | $3,700,000.00 | $1,051,500.00 |
|---|---|---|---|---|

Creditor's Name
**5998 Edgefield Rd
Trenton, SC 29847**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Heath Building tract, Byrd House tract, Forest Service tract, and Holson Warehouse tract**

**Describe the lien**
**Judgment Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

| Debtor | **ECI Holdings, LLC** | Case number (if know) | **16-02214** |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Regions Bank** | **Describe debtor's property that is subject to a lien** | **$12,000.00** | **$96,000.00** |
|---|---|---|---|---|

Creditor's Name

**Bankruptcy Department
4th Floor, 2050 Parkway Office Circle
Birmingham, AL 35244**
Creditor's mailing address

**Byrd House tract: 2.43 acres with improvements located at 817 Buncomb St. Edgefield County, SC tms 136-00-01-027-000
tax value $95,449
Zillow value $96,214**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Regions Bank
2. Kathryn S. Rainsford
3. Apex Bank
4. Branch Banking and Trust Company
5. Apex Bank
6. Wells Fargo Bank NA
7. Southern First Bank
8. TD Bank, NA**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **SC Department of Revenue** | **Describe debtor's property that is subject to a lien** | **$9,885.79** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**PO Box 125
Columbia, SC 29214**
Creditor's mailing address

**Describe the lien**
**Statutory Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**March 20, 2015**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 4 of 6

| Debtor | **ECI Holdings, LLC** | Case number (if know) | **16-02214** |
|---|---|---|---|
| | Name | | |

| 2.10 | **Southern First Bank** | **Describe debtor's property that is subject to a lien** | $35,946.52 | $1,051,500.00 |
|---|---|---|---|---|
| | Creditor's Name | **Heath Building tract, Byrd House tract, Forest Service tract, and Holson Warehouse tract** | | |
| | **c/o John T. Moore, Esquire** | | | |
| | **P.O. BOX 11070** | | | |
| | **Columbia, SC 29211** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Judgment Lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated ☐ Disputed | | |

| 2.11 | **TD Bank, NA** | **Describe debtor's property that is subject to a lien** | $195,027.91 | $1,051,500.00 |
|---|---|---|---|---|
| | Creditor's Name | **Heath Building tract, Byrd House tract, Forest Service tract, and Holson Warehouse tract** | | |
| | **C/O John T. Moore, Esquire** | | | |
| | **P.O. BOX 11070** | | | |
| | **Columbia, SC 29211** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated ☐ Disputed | | |

| 2.12 | **Wells Fargo Bank NA** | **Describe debtor's property that is subject to a lien** | $0.00 | $1,051,500.00 |
|---|---|---|---|---|
| | Creditor's Name | **Heath Building tract, Byrd House tract, Forest Service tract, and Holson Warehouse tract** | | |
| | **c/o T. Paul Timmerman, Esquire** | | | |
| | **111 Park Ave, SW** | | | |
| | **Aiken, SC 29801** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Judgment Lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 5 of 6

Debtor    **ECI Holdings, LLC**                                                                                           Case number (if know)    **16-02214**
         Name

**Date debt was incurred**                    ☐ No

                                              ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**             **As of the petition filing date, the claim is:**
**interest in the same property?**            Check all that apply
■ No                                          ☐ Contingent
☐ Yes. Specify each creditor,                 ☐ Unliquidated
including this creditor and its relative      ☐ Disputed
priority.

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$7,573,380.55**

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name: **ECI Holdings, LLC**

United States Bankruptcy Court for the: DISTRICT OF SOUTH CAROLINA

Case number (if known): **16-02214**

☐ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Edgefield County Treasurer**<br>**PO Box 22**<br>**Edgefield, SC 29824** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,333.33 | $5,333.33 |
| | Date or dates debt was incurred | Basis for the claim:<br>**137-02-01-016-000 (Heath Building)**<br>**2015-$891.13, 2014- $951.22, 2013 - 958.63;**<br>**137-02-01-024-000 (Heath Building parking lot)**<br>**2015 - $65.29, 2014 - 120.47, 2013 - 120.73;**<br>**136-00-01-027-000 (Byrd house) 2015 - $2,225.86** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Insolvency Group 4**<br>**1835 Assembly St.**<br>**MDP39**<br>**Columbia, SC 29201** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | Unknown |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Debtor **ECI Holdings, LLC**  Case number (if known) **16-02214**
Name

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|---|---|---|---|
| | **Date or dates debt was incurred** ___<br>**Last 4 digits of account number** ___ | **Basis for the claim:** ___<br>Is the claim subject to offset? ☐ No  ☐ Yes | |

### Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Internal Revenue Service**<br>**P O Box 7346**<br>**Philadelphia, PA 19101-7346** | Line **2.2**<br>☐ Not listed. Explain ___ | _ |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---:|
| **5a. Total claims from Part 1** | 5a. $ | 5,333.33 |
| **5b. Total claims from Part 2** | 5b. + $ | 0.00 |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c. $ | 5,333.33 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **ECI Holdings, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number (if known) | **16-02214** |

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors         12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                                 *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Bettis C Rainsford** | **108 1/2 Court House Square Edgefield, SC 29824** | **Apex Bank** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Bettis C Rainsford** | **108 1/2 Court House Square Edgefield, SC 29824** | **Apex Bank** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Bettis C Rainsford** | **108 1/2 Court House Square Edgefield, SC 29824** | **Wells Fargo Bank NA** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Bettis C Rainsford** | **108 1/2 Court House Square Edgefield, SC 29824** | **Southern First Bank** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Bettis C Rainsford** | **108 1/2 Court House Square Edgefield, SC 29824** | **TD Bank, NA** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

| Debtor | ECI Holdings, LLC | Case number *(if known)* | 16-02214 |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Bettis C Rainsford | 108 1/2 Court House Square<br>Edgefield, SC 29824 | Regions Bank | ■ D __2.8__<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | Bettis C Rainsford | 108 1/2 Court House Square<br>Edgefield, SC 29824 | Kathryn S. Rainsford | ☐ D ____<br>☐ E/F ____<br>☐ G ____ |
| 2.8 | Bettis C Rainsford | 108 1/2 Court House Square<br>Edgefield, SC 29824 | Apex Bank | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.9 | Bettis C Rainsford | 108 1/2 Court House Square<br>Edgefield, SC 29824 | Apex Bank | ■ D __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.10 | Bettis C Rainsford | 108 1/2 Court House Square<br>Edgefield, SC 29824 | Branch Banking and Trust Company | ■ D __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.11 | Bettis C Rainsford | 108 1/2 Court House Square<br>Edgefield, SC 29824 | First Citizens Bank and Trust Company | ■ D __2.4__<br>☐ E/F ____<br>☐ G ____ |
| 2.12 | Bettis C Rainsford | 108 1/2 Court House Square<br>Edgefield, SC 29824 | Wells Fargo Bank NA | ■ D __2.12__<br>☐ E/F ____<br>☐ G ____ |
| 2.13 | Bettis C Rainsford | 108 1/2 Court House Square<br>Edgefield, SC 29824 | Southern First Bank | ■ D __2.10__<br>☐ E/F ____<br>☐ G ____ |

Debtor  **ECI Holdings, LLC**  Case number *(if known)*  **16-02214**

**Additional Page to List More Codebtors**
Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.14 | **Bettis C Rainsford** | 108 1/2 Court House Square<br>Edgefield, SC 29824 | **Kathryn S. Rainsford** | ■ D  **2.7**<br>☐ E/F ____<br>☐ G ____ |
| 2.15 | **Bettis C Rainsford** | 108 1/2 Court House Square<br>Edgefield, SC 29824 | **Internal Revenue Service** | ■ D  **2.5**<br>☐ E/F ____<br>☐ G ____ |
| 2.16 | **Bettis C Rainsford** | 108 1/2 Court House Square<br>Edgefield, SC 29824 | **Internal Revenue Service** | ■ D  **2.6**<br>☐ E/F ____<br>☐ G ____ |
| 2.17 | **Bettis C Rainsford** | 108 1/2 Court House Square<br>Edgefield, SC 29824 | **SC Department of Revenue** | ■ D  **2.9**<br>☐ E/F ____<br>☐ G ____ |
| 2.18 | **Edgefield Inn, LLC** | 108 1/2 Court House Square<br>Edgefield, SC 29824 | **Apex Bank** | ■ D  **2.2**<br>☐ E/F ____<br>☐ G ____ |
| 2.19 | **Joel E Jolly** | 943 Highway 25 N<br>Edgefield, SC 29824 | **TD Bank, NA** | ■ D  **2.11**<br>☐ E/F ____<br>☐ G ____ |
| 2.20 | **Joseph Stertz** | 166 Yarborough RD.<br>Trenton, SC 29847 | **Apex Bank** | ■ D  **2.2**<br>☐ E/F ____<br>☐ G ____ |
| 2.21 | **MV Development Company, LLC** | P O Box 476<br>Edgefield, SC 29824 | **Apex Bank** | ■ D  **2.1**<br>☐ E/F ____<br>☐ G ____ |

Debtor    **ECI Holdings, LLC**                                       Case number *(if known)*    **16-02214**

|  | **Additional Page to List More Codebtors** | | | |
|---|---|---|---|---|
|  | Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page. | | | |
|  | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| 2.22 | **RainsfordHoldings, LLC** | 108 1/2 Court House Square<br>Edgefield, SC 29824 | **Wells Fargo Bank NA** | ■ D __2.12__<br>☐ E/F _____<br>☐ G _____ |
| 2.23 | **Talmedge Knight, Jr.** | P O Box 476<br>Saluda, SC 29138 | **Apex Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.24 | **Talmedge Knight, Jr.** | P O Box 476<br>Saluda, SC 29138 | **Branch Banking and Trust Company** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.25 | **W. Ken Durham** | 629 Addison St.<br>Edgefield, SC 29824 | **TD Bank, NA** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.26 | **W. Ken Durham** | 629 Addison St.<br>Edgefield, SC 29824 | **Regions Bank** | ■ D __2.8__<br>☐ E/F _____<br>☐ G _____ |
| 2.27 | **W. Ken Durham** | 629 Addison St.<br>Edgefield, SC 29824 | **First Citizens Bank and Trust Company** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.28 | **W. Ken Durham** | 629 Addison St.<br>Edgefield, SC 29824 | **TD Bank, NA** | ■ D __2.11__<br>☐ E/F _____<br>☐ G _____ |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **ECI Holdings, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number (if known) | **16-02214** |

☐ Check if this is an amended filing

## Official Form 207
### Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2016** to **Filing Date** | ☐ Operating a business<br>■ Other  **Byrd House Rent** | $2,750.00 |
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2016** to **Filing Date** | ☐ Operating a business<br>■ Other  **Forest Service rent** | $22,850.00 |
| **For prior year:**<br>From **1/01/2015** to **12/31/2015** | ☐ Operating a business<br>■ Other  **Byrd House Rent** | $2,750.00 |
| **For prior year:**<br>From **1/01/2015** to **12/31/2015** | ☐ Operating a business<br>■ Other  **Forest Service rent** | $22,850.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

---

| Debtor | ECI Holdings, LLC | Case number (if known) | 16-02214 |
|---|---|---|---|

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **First Citizens Bank and Trust Company**<br>c/o Louis H. Lang, Esquire<br>P.O. BOX 1390<br>Columbia, SC 29202 | monthly | $4,570.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **First Citizens Bank and Trust Company vs. Bettis C. Rainsford, et al**<br>2012CP1900361 | Foreclosure - Debtor not a party, but real estate deeded to debtor by deed recorded 7/23/2015 is subject to foreclosure | State of SC, Edgefield Co./Common Pleas<br>P.O. BOX 34<br>Edgefield, SC 29824 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a

| Debtor | ECI Holdings, LLC | Case number (if known) | 16-02214 |
|---|---|---|---|

receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

### Part 4:  Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   |---|---|---|---|

### Part 5:  Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

    | Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
    |---|---|---|---|
    | | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

### Part 6:  Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

    | | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
    |---|---|---|---|---|
    | 11.1. | **Bird & Smith, P.A.**<br>**1712 St. Julian Place, Suite 102**<br>**Columbia, SC 29204** | $11,379.75 retainer. Debtor also paid filing fee of $1,717.00. | MAy 2, 2016 | $11,379.75 |
    | | **Email or website address**<br>**rsmith@birdsmithlaw.com** | | | |
    | | **Who made the payment, if not debtor?**<br>**Bettis Rainsford, Debtor's principal** | | | |
    | 11.2. | **Bird & Smith, P.A.**<br>**1712 St. Julian Place, Suite 102**<br>**Columbia, SC 29204** | Prepetition fees and costs of $1,913.25 to Bird & Smith, P.A. | MAy 2, 2016 | $1,913.25 |
    | | **Email or website address**<br>**rsmith@birdsmithlaw.com** | | | |
    | | **Who made the payment, if not debtor?**<br>**Bettis Rainsford** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

Official Form 207       Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          page **3**

| Debtor | ECI Holdings, LLC | Case number (if known) | 16-02214 |
|---|---|---|---|

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:    Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

### Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

| Debtor | ECI Holdings, LLC | Case number *(if known)* | 16-02214 |
|---|---|---|---|

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

    | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
    |---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

    | Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
    |---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

    | Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
    |---|---|---|---|

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

    | Case title Case number | Court or agency name and address | Nature of the case | Status of case |
    |---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

| Official Form 207 | **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy** | page **5** |
|---|---|---|

| Debtor | ECI Holdings, LLC | Case number *(if known)* | 16-02214 |
|---|---|---|---|

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ■ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Bettis C Rainsford**<br>**108 1/2 Court House Square**<br>**Edgefield, SC 29824** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

- ■ No
- ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

Debtor **ECI Holdings, LLC**      Case number *(if known)* **16-02214**

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Bettis C Rainsford | 108 1/2 Court House Square Edgefield, SC 29824 | member | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ■ No
   ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 1, 2016**

**/s/ Bettis C. Rainsford**      **Bettis C. Rainsford**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor   **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes